FILED
2026 Sep-11 PM 10:32
U.S. DISTRICT COURT
N.D. OF ALABAMA

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Northern District of Alabama

United States of America
v.

Levi Clifton Belcher

*Defendant(s)*

Case No. 5:26-mj-1178-HNJ

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of December 18, 2025, in the county of Madison in the Northern District of Alabama, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 875(c) | Threatening Communications |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

JESSI MANN Digitally signed by JESSI MANN Date: 2026.09.11 19:09:58 -05'00'

*Complainant's signature*

Jessi Ann Mann, FBI Special Agent

*Printed name and title*

Sworn to before me and signed in my presence.

Date: 09/11/2026

Herman N. Johnson, Jr. Digitally signed by Herman N. Johnson, Jr. Date: 2026.09.11 21:54:50 -05'00'

*Judge's signature*

City and state: Huntsville, AL

Herman N. Johnson, Jr., U.S. Magistrate Judge

*Printed name and title*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| IN THE MATTER OF THE CRIMINAL COMPLAINT AGAINST LEVI CLIFTON BELCHER | Case No. 5:26-mj-1178-HNJ |

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Jessi Ann Mann, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I am a Special Agent with the Federal Bureau of Investigation (FBI). I have been in this position since January 2021 when I completed new agent training at the FBI Academy in Quantico, Virginia. I am assigned to the Birmingham Division of the FBI. I work within the FBI's Counterterrorism Branch on the Joint Terrorism Task Force to investigate and to disrupt terrorist plots in the United States and abroad. During my time as a Special Agent, I have conducted and participated in a variety of investigations, including international and domestic terrorism investigations as well as threatening communications against law enforcement personnel. As part of my duties, I have participated in the execution of federal search and arrest warrants.

2. I make this affidavit in support of an application under Rules 3 and 4 of the *Federal Rules of Criminal Procedure* for a warrant authorizing the arrest of Levi Clifton Belcher. As a federal law enforcement officer, I am authorized to execute arrest warrants under Rule 4(c)(1) of the *Federal Rules of Criminal Procedure*.

3. The information contained in this affidavit is based on my personal knowledge, training, and experience; the reports and statements of other law enforcement officers who are investigating this case with me; and my review of pertinent documents. Dates and times listed are approximate.

## STATUTORY AUTHORITY

4. It is a federal crime to "transmit in interstate or foreign commerce any communication containing any threat to kidnap any person or any threat to injure the person of another." 18 U.S.C. § 875(c).

## PROBABLE CAUSE

5. On December 18, 2025, the FBI's National Threat Operations Center received a call from Witness 1 who wanted to report a threat made online via the social media platform Threads, which is tied to the social media platform Instagram. Witness 1 resided in Oklahoma. Earlier on December 18, 2025, Witness 1 was engaged in online discussions with other accounts regarding U.S. Immigration and Customs Enforcement, also known as ICE. See Image 1 below. Threads user @c_sk9s replied to Witness 1 and said: "Don't care and also didn't ask. Id gun down an ice agent on sight".



Whether you like it or not all aliens who violate U.S. immigration law are subject to arrest and detention, regardless of their criminal histories. If ICE has probably cause to believe or have observed one of these individuals enter this property they don't need a warrant. Hell, if they do need one they don't even need judicial warrants. They can use an administrative warrant (ICE Form I-200/I-205). They also cannot show any warrant that they are executing to people who aren't named or involved.

1 1

c_sk9s 12/18/25

Dont care and also didnt ask. Id gun down an ice agent on sight

1

**Image 1**

6. The posts between Witness 1 and @c_sk9s continued as seen below in Image 2 and Image 3. When Witness 1 called @c_sk9s a "keyboard warrior" (Image 2), @c_sk9s replied with an image of what appears to be a loaded AR style rifle with the bolt open and a round visible in the chamber (Image 3).

Yeah I doubt you'd have the situational awareness to do that. It's not like call of duty there buddy. Mighty strong words from a keyboard warrior.

1 1

**Image 2**

c_sk9s 12/18/25

Keyboard warrior my ass



1

**Image 3**

7. The posts continued as seen below in Image 4. When Witness 1 implied the rifle image was pulled from the internet, @c_sk9s replied with another image of what appears to be the same rifle with a piece of paper tucked between the magazine and magazine well. The piece of paper appeared to be a handwritten note of Witness 1's username.




**Image 4**

8. Subscriber information for the @c_sk9s account listed the registered email address that contained "belcher" and a phone number ending in x4885. The display name was "Cici."

9. The phone number ending in x4885 was in historical FBI records as belonging to Levi Belcher of Mount Juliet, Tennessee. Belcher was born in November 2007 and turned 18 years old as of November 2025.

10. In January 2026, Belcher's father told law enforcement Belcher had run away from home in April 2025 and was believed to be living in Huntsville, Alabama. Belcher was arrested in Alabama by Madison County Sheriff's Office (MCSO) in April 2025 for unauthorized use of a vehicle without consent for taking his father's vehicle when he ran away. Belcher had another interaction with law enforcement in Alabama, Huntsville Police Department (HPD), in September 2025.

11. Employment records from the state of Alabama show Belcher earned wages beginning in the second quarter of 2025 and continuing through the end of the year.

12. In May of 2026, Belcher posted online twice showing him in possession of firearms to include a rifle and a handgun he wore in his waistband.

13. On June 3, 2026, Belcher posted an image on Instagram and Threads referring to ICE as seen below in Image 5. Belcher's post implied that he was monitoring ICE officers in a vehicle on University, a road in Huntsville, Alabama. The post referred to ICE as "pigs" with the hashtags "#migrawatch" and "#fuckice".




**Image 5**

14. On September 10, 2026, Belcher was arrested by HPD after a traffic stop for the following charges: unlawful possession of a pistol by a minor; possession of a sawed-off rifle/shotgun, and possession of synthetic narcotic. According to Alabama

law, a person is considered a minor until the age of 19. A probable cause search on Belcher's vehicle was conducted. The following items were discovered: drug equipment, pills, unknown white powder, multiple gun part accessories, ammunition, magazines containing ammunition, medical equipment, survival equipment, and a gun under the driver seat that had a 3D printed lower receiver.

15. As part of HPD's investigation, a search warrant was executed at an apartment in Huntsville, Alabama. Belcher appeared to be residing at the residence with two associates, Tadashi Erekson and Anthony "Violet" Slota, who were also arrested by HPD. Slota was present in the vehicle with Belcher for the traffic stop and arrest.

16. During the search, law enforcement found a short barrel rifle, short barrel shotgun, and many 3D printed components of weapons such as grenade bodies and pistol lower receivers. Law enforcement also found indications of anarchist and antifascist ideology. Image 6 below shows some of the 3D printed items and writings seen on United States Postal Service (USPS) labels. Image 7 below shows a weapon with what appears to be "ANTI FASCIST" painted on it.


FRED HAMPTON WOULD KNOW HOW TO FIX THESE DIRTY PIGS
LETS STOMP SOME NAZIS
WAS QUEER
NICE :P
HERCULES
320 GRIT

**Image 6**



**Image 7**

17. Some of the USPS labels seen in Image 6 are marked with "PSR" and a circle with a capitol letter A inside. PSR is commonly referred to by anti-fascist groups and historically stood for Revolutionary Socialist Party. The emblem of a circle with a capitol letter A inside is commonly known as the anarchy symbol.

18. Belcher, Erekson and Slota were interviewed by law enforcement post arrest. Belcher preferred to be called "Cici". During Slota's interview, Slota said the short barrel shotgun belonged to him as well as the 3D printed items. Slota stated that he and Belcher would "cop watch" meaning they would follow law enforcement, such as ICE and HPD, around as a means of protecting the community.

19. Threads is a text-based social media application by Meta Platforms, Inc., a corporation headquartered in Menlo Park, California. Threads provides its services to users throughout the United States and internationally through internet-based communications and computer systems. Based on my training and experience, communications and other activity conducted through Threads may be transmitted through, processed by, or stored on computer systems located outside the state in which a user is physically located. The internet and Threads, as a social media platform, are also facilities and means of interstate and foreign commerce.

## CONCLUSION

20. Based upon my experience, training, and the totality of the circumstances found in this affidavit, I have probable cause to believe that Belcher has violated 18 U.S.C. § 875(c) as charged in the accompanying criminal complaint.

Respectfully submitted,

JESSI MANN Digitally signed by JESSI MANN
Date: 2026.09.11 19:10:35 -05'00'

Jessi Ann Mann
Special Agent
Federal Bureau of Investigation

Subscribed electronically and sworn to telephonically before me this 11th day of September, 2026.

Herman N. Johnson, Jr. Digitally signed by Herman N. Johnson, Jr.
Date: 2026.09.11 21:55:27 -05'00'

Herman N. Johnson, Jr.
United States Magistrate Judge